# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| SANDRA RHODES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 3:12-CV-841-JVB-CAN |
| ) | |
| NEW ENGLAND COMPOUNDING ) | |
| PHARMACY, INC. a/k/a NEW ) | |
| ENGLAND COMPOUNDING CENTER; ) | |
| AMERIDOSE, LLC; ALAUNUS ) | |
| PHARMACEUTICAL, LLC; BARRY ) | |
| CADDEN; LISA CADDEN; ) | |
| and GREGORY CONIGLIARO, ) | |
| ) | |
| Defendants. ) | |

## APPEARANCE BY ATTORNEY IN CIVIL CASE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendants, ALAUNUS PHARMACEUTICAL, LLC; BARRY CADDEN; LISA CADDEN; and GREGORY CONIGLIARO.

I certify that I am admitted to practice in this Court.


LEWIS WAGNER LLP


By:   /s/ *Robert M. Baker, IV*
ROBERT M. BAKER, IV  #25471-49
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on January 9, 2013 using the CM/ECF system which sent notification of this filing to the following:

Douglas A. Mulvaney
Stutsman & Mulvaney
1300 Cassopolis Street
P.O. Box 1337
Elkhart, Indiana  46515

                                  /s/ *Robert M. Baker, IV*
                                ROBERT M. BAKER, IV

LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN  46202
Phone: (317) 237-0500
FAX:   (317) 630-2790
rbaker@lewiswagner.com
Q:\NECC\18 - Rhodes\Federal Court Action\appearance_rb4_Alaunus.docx