IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| SANDRA RHODES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No:   3:12-cv-00841-JVB-CAN |
| -vs- ) | |
| ) | |
| NEW ENGLAND COMPOUNDING ) | |
| PHARMACY, INC., ET al. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

I, the undersigned, state that I have read the Standards of Professional Conduct within the Seventh Federal Judicial Circuit and the Local Rules of the U.S. District Court for the Northern District of Indiana pursuant to N.D.Ind.L.R. 83.5 (g) and Appendix B of this court and will faithfully adhere to them.  I declare under the penalty of perjury that the foregoing is true and correct.

Please enter my appearance as counsel for plaintiff Sandra Rhodes.

Dated this 15th day of January, 2013.

Respectfully submitted,

/s/ Douglas A. Mulvaney
Douglas A. Mulvaney, # 10263-20
Stutsman & Mulvaney
1300 Cassopolis Street
P.O. Box 1337
Elkhart, IN 46515
(574) 266-8500
dmulvaney@smspilawyers.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2013, a true and complete copy of the above and foregoing was served on :

>Dina M. Cox
>Kameelah Shaheed-Diallo
>Robert M. Baker, IV
>LEWIS WAGNER, LLP
>501 Indiana Avenue, Ste. 200
>Indianapolis, IN 46202

/s/ Douglas A. Mulvaney

Douglas A. Mulvaney