UNITED STATES DISTRICT COURT

Northern District of Indiana

**NOTICE OF CHANGE OF**
**ATTORNEY INFORMATION**

TO:   THE CLERK OF THE COURT AND ALL OTHER PARTIES

☐   I have **no pending cases** in the District Court for the Northern District of Indiana.
X   I have **pending case(s)** in the District Court for the Northern District of Indiana.

|  |  |
|---|---|
| | 3:12-cv-00474-JTM-CAN |
| | 3:12-cv-00840-TLS-CAN |
| | 3:12-cv-00842-PPS-CAN |
| Pending Case No(s).   ) | 3:12-cv-00845-WCL-CAN |
| | 3:12-cv-00844-JTM-CAN |
| | 3:12-cv-00843-PPS-CAN |
| | 3:12-cv-00841-JVB-CAN |

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

*Previous Information:*          *Current Information:*

| | | |
|---|---|---|
| **Name:** | Douglas A. Mulvaney | Douglas A. Mulvaney |
| **Law Firm, Company, and/or Agency:** | Stutsman & Mulvaney | Stutsman & Mulvaney |
| **Address:** | 1300 Cassopolis Street<br>P.O. Box 1337<br>Elkhart, IN 46515-1337 | 1300 Cassopolis Street<br>P.O. Box 1337<br>Elkhart, IN 46515-1337 |
| **Primary E-mail:** | dmulvaney@smd-law.com | dmulvaney@smspilawyers.com |
| **Secondary e-mail:** | dmulvaney@smspilawyers.com | |
| **Telephone Number:** | (574) 266-8500 | (574) 266-8500 |
| **Facsimile:** | (574) 206-9215 | (574) 206-9215 |

Date:   January 15, 2013          s/   Douglas A. Mulvaney