**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | |
|---|---|
| SANDRA RHODES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NEW ENGLAND COMPOUNDING )<br>PHARMACY, INC. a/k/a NEW )<br>ENGLAND COMPOUNDING CENTER; )<br>AMERIDOSE, LLC; ALAUNUS )<br>PHARMACEUTICAL, LLC; BARRY )<br>CADDEN; LISA CADDEN; )<br>and GREGORY CONIGLIARO, )<br>)<br>Defendants. ) | Cause No. 3:12-cv-841-JVB-CAN |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR**
**EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

The Court, having reviewed Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, and being duly advised in the premises, hereby GRANTS Defendants' Motion.  Defendants are hereby granted an extension up to an including March 25, 2013 to respond to Plaintiff's Complaint.

SO ORDERED this 21st day of February, 2013.

> s/Christopher A. Nuechterlein
> Magistrate Judge, Christopher A. Nuechterlein
> U.S. Northern District Court

Distribution:

Douglas A. Mulvaney
Stutsman & Mulvaney
1300 Cassopolis Street
P.O. Box 1337
Elkhart, Indiana   46515

Dina M. Cox / Kameelah Shaheed-Diallo
Robert M. Baker IV / Janelle P. Kilies
LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN   46202