UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| SANDRA RHODES, | ) CASE NO. 12-cv-00841-JVB-CAN |
| Plaintiff, | ) JUDGE: JOSEPH S. VAN BOKKELEN |
| v. | ) |
| NEW ENGLAND COMPOUNDING PHARMACY INC. aka NEW ENGLAND COMPOUNDING CENTER, et al. | ) **AMERIDOSE, LLC'S CORPORATE DISCLOSURE STATEMENT** |
| Defendants. | ) |

Defendant Ameridose, LLC, pursuant to Federal Rule of Civil Procedure 7.1, makes the following corporate disclosure:

Ameridose does not have any parent corporations and no publicly-held corporation owns 10% or more of Ameridose's stock.

Dated this 21st day of February, 2013

Respectfully submitted,

*s/ Knight S. Anderson*
Knight S. Anderson (17216-53)
Tucker Ellis LLP
925 Euclid Avenue
Suite 1150
Cleveland, OH 44115-1414
Tel:	216.592.5000
Fax:	216.592.5009
E-mail:	knight.anderson@tuckerellis.com

*Attorney for Defendant Ameridose LLC*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on February 21, 2013 using the ECF system that sent notification of this filing to all ECF-registered counsel of record via e-mail generated by the Court's ECF system.

*/s/Knight S. Anderson*
*Attorney for Defendant Ameridose, LLC*